NANCY WENG (SBN: 251215)
TSAO-WU & YEE, LLP
99 N. First Street, Suite #200
San Jose, CA 95113
Telephone: 415-635-2334
Fax: 415-777-2298
nweng@tsaoyee.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# NIORTHERN DISTRICT OF CALIFORNIA

In re:

Co Duong and Colleen Nguyen

Debtor(s).

Case No. 18-30061 HLB
Chapter 13

**WITHDRAWL OF DOCUMEN( Doc #77)**

Nancy Weng, attorney of record in the above entitled matter hereby withdraws the Opposition to 70 Fahrenheit , INC's sanctions against Debtors and their counsels (document # 77). The document was filed in error.

Dated: June 14, 2018

Respectfully submitted,
TSAO-WU & YEE, LLP

By: /s/ Nancy Weng
Attorney for the Debtors