Signed and Filed: June 28, 2018

*[signature]*

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 18-30061 HLB |
| CO DUONG and COLLEEN NGUYEN, | Chapter 7 |
| Debtors. | |

**ORDER RESCHEDULING HEARING ON ORDER TO SHOW CAUSE RE DISCOVERY SANCTIONS AGAINST DEBTORS AND THEIR COUNSEL**

On June 28, 2018, the court entered an Order to Show Cause re Discovery Sanctions Against Debtors and Their Counsel (the "OSC"; Dkt. 87). The OSC requires Debtors Co Duong and Colleen Nguyen and their counsel, Nancy Weng, to appear in person on July 5, 2018 at 10:00 a.m. to show cause why they should not be sanctioned. The court **ORDERS** that the hearing on the OSC is rescheduled for **July 5, 2018 at 2:00 p.m.** and directs the Debtors and Ms. Weng to appear at 450 Golden Gate Avenue, 16th Floor, Courtroom 19, San Francisco, California at that time. All other provisions of the OSC shall remain unchanged.

**\*\*END OF ORDER\*\***

## Court Service List

Co Duong and Colleen Nguyen
P.O. Box 210183
San Francisco, CA 94121