**MACDONALD | FERNANDEZ LLP**
RENO F.R. FERNANDEZ III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor,
70 Fahrenheit, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Case No. 18-30061-HLB-13 |
|---|---|
| CO DUONG and COLLEEN NGUYEN, | Chapter 13 |
| Debtors. | **NOTICE OF SETTLEMENT OF CLAIM OF 70 FAHRENHEIT, INC.** (Claim No. 7) |

NOTICE IS GIVEN that the claim of 70 Fahrenheit, Inc. (Claim No. 7) has been resolved consensually subject to being reduced to writing in a settlement agreement. If the agreement is prepared and executed in due course, then 70 Fahrenheit expects that it will withdraw its claim with prejudice, rescind its discovery requests and dismiss the underlying state-court action with prejudice, which will terminate the attachment liens presently encumbering the estate's assets. Accordingly, 70 Fahrenheit suggests that the hearings presently set for July 5, 2018, at 2:00 pm, in this matter and in *Duong, et al. v. 70 Fahrenheit, Inc.*, Adv. Proc. No. 18-03009-HLB, be taken off calendar subject to being re-set by any party upon ten (10) days' written notice filed with the Court and served upon all affected parties.

DATED: June 29, 2018                MACDONALD FERNANDEZ LLP

By: */s/ Reno F.R. Fernandez III*
    Reno F.R. Fernandez III,
    Attorneys for Creditor,
    70 Fahrenheit, Inc.

1