**MACDONALD | FERNANDEZ LLP**
RENO F.R. FERNANDEZ III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor,
70 Fahrenheit, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>CO DUONG and<br>COLLEEN NGUYEN,<br><br>Debtors. | Case No. 18-30061-HLB-7<br><br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL OF CLAIM OF 70 FAHRENHEIT, INC. WITH PREJUDICE** (Claim No. 7) |

**NOTICE IS GIVEN** that the claim of 70 Fahrenheit, Inc. (Claim No. 7) is hereby withdrawn with.

DATED: July 5, 2018                         MACDONALD FERNANDEZ LLP

By: /s/ *Reno F.R. Fernandez III*
　　 Reno F.R. Fernandez III,
　　 Attorneys for Creditor,
　　 70 Fahrenheit, Inc.

1